# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

15-4030 & 16-1308

Roquette Freres SA v. Solazyme Inc

1-15-cv-00125

# O R D E R

The Court has received the Brief and Appendix Volumes I – IV from **Appellant Roquette Freres SA**.

**The brief does not comply with the following Court requirements:**

**Contents of Brief See FRAP 28- The following is/are missing:**

**.** Electronic version of the brief does not contain a signature as required by 3rd Cir. LAR 28.4 and 113.9(b). (Counsel of record in 15-4030 must also sign the brief)

**.** Certification of Third Circuit Bar Membership (From the attorney signing the brief in 15-4030)

**Action Required Regarding Brief:**

In order to cure errors with respect to CONTENT, **Roquette Freres SA** must re-file a corrected brief containing the missing section(s) listed above in electronic and paper format (7 paper copies with BLUE front and back covers). The corrected brief must be signed by counsel of record in 15-4030 and counsel must also include a certification of bar membership. The filing made on 04/29/2016 will be edited to reflect appendix volumes I – III only. The brief will be removed from that entry once the corrected brief is re-filed.

Please note: Seven (7) paper copies of brief with blue covers and four (4) paper copies of appendix volumes I – IV with white covers must be submitted to the Clerk's Office.

The deadline for the next brief will be determined by Order.

**Counsel or the party(ies) must correct the above listed deficiencies by 05/09/2016. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia*

Marcia M. Waldron, Clerk
Date: 5/4/2016

**EMA/cc:**     **Frederick L. Cottrell III, Esq.**
    **Daralyn J. Durie, Esq.**
    **Laura E. Miller, Esq.**
    **Selena E. Molina, Esq.**
    **Kenneth J. Nachbar, Esq.**
    **Douglas V. Rigler, Esq.**
    **Timothy C. Saulsbury, Esq.**
    **Chad M. Shandler, Esq.**
    **Daniel J. Thomasch, Esq.**

**For questions please call 267-299-4941, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**